**No. 10-10127. Ali Partovi, Petitioner v. United States.**

564 U.S. 1062, 132 S. Ct. 67, 180 L. Ed. 2d 934, 2011 U.S. LEXIS 5156.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1009, 131 S. Ct. 3000, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4383.